|  | IN UNITED STATES | MAGISTRATE | DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
|---|---|---|---|---|---|---|
| IN THE CASE | USA V.S. Francisco Navarre | | FOR AT | | | |

| PERSON REPRESENTED (Show your full name) | | 1 X Defendant—Adult<br>2 ☐ Defendant - Juvenile<br>3 ☐ Appellant<br>4 ☐ Probation Violator<br>5 ☐ Parole Violator<br>6 ☐ Habeas Petitioner<br>7 ☐ 2255 Petitioner<br>8 ☐ Material Witness<br>9 ☐ Other | DOCKET NUMBERS<br>Magistrate<br><br>▶ District Court<br><br>Court of Appeals |
|---|---|---|---|
| CHARGE/OFFENSE (describe if applicable & check) | x Felony<br>☐ Misdemeanor | | |

**ASSETS**

**EMPLOYMENT**
Are you now   ☐ Yes   ☑ No   ☐ Am Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment. How much did you earn per month? $ _____
If married is your Spouse employed?   ☐ Yes   ☑ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?   ☐ Yes   ☑ No
RECEIVED        SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ _____

**CASH**
Have you any cash on hand or money in savings or checking accounts?   ☐ Yes   ☐ No   IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?   ☐ Yes   ☑ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE  NONE    DESCRIPTION

**DEPENDENTS**
MARITAL STATUS: ☑ SINGLE / MARRIED / WIDOWED / SEPARATED OR DIVORCED
Total No. of Dependents: 4
List persons you actually support and your relationship to them

**OBLIGATIONS & DEBTS**

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
APARTMENT OR HOME:
Creditors: Significant medical debts due to head injuries and lengthy hospitalization
Total Debt $ _____   Monthly Paymt. $ _____

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 7/14/04

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Francisco S. Navarre