UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 04-10319-WGY |
| | ) |
| FRANCISCO NAVARRO | ) |

MOTION TO IMPOUND

Defendant, Francisco Navarro, moves to impound the attached sealed supplemental memorandum.

FRANCISCO NAVARRO
By his attorney,

/s/ Catherine K. Byrne
Catherine K. Byrne
B.B.O. #543838
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

CERTIFICATE OF SERVICE

I, Catherine K. Byrne, hereby certify that a true copy of the above document was served upon Assistant United States Attorneys Nancy Rue and David Tobin by delivery on September 3, 2005.

/s/ Catherine K. Byrne
Catherine K. Byrne